HENRY UNDERBERG and Another, Respondents, v. ARTHUR VON FRANKENBERG

and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.